UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVEN LANGLEY (#601017)

VERSUS

JAMES M. LEBLANC

CIVIL ACTION

NO. 15-214-JJB-RLB

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated September 25, 2015 (doc. no. 13) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A.

Baton Rouge, Louisiana, this 18th day of October, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA